ACCEPTED
01-14-00133-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 8:27:24 AM
CHRISTOPHER PRINE
CLERK

# HOGAN & HOGAN

### APPELLATE ADVOCACY AND TRIAL STRATEGY

PENNZOIL PLACE
711 LOUISIANA • SUITE 500
HOUSTON, TEXAS 77002-2721

**JENNIFER BRUCH HOGAN**
Board Certified • Civil Appellate Law
Texas Board of Legal Specialization

Telephone: (713) 222-8800
Facsimile: (713) 222-8810
www.hoganfirm.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 8:27:24 AM
CHRISTOPHER A. PRINE
Clerk

April 23, 2015

*Via TexFile*
Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002

> Re: No. 01-14-00133-CV; *United Services Automobile Association v. Joseph Hayes, Jr. and Joanne Hayes*; in the First Court of Appeals, Houston, Texas.

Dear Mr. Prine:

Please note that Jennifer Bruch Hogan will present the oral argument on behalf of Appellants/Appellees, Joseph Hayes, Jr. and Joanne Hayes. The oral argument is set for Wednesday, April 29, 2015, at 1:30 p.m.

All counsel are being notified by electronic service. Thank you for your assistance.

Sincerely,

*/s/ Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Attorney for Appellants/Appellees
Joseph Hayes, Jr. and Joanne Hayes

JBH/jlc

46262_1

April 23, 2015
Christopher A. Prine, Clerk
First Court of Appeals
Page 2


c:

Robert Tresch Owen
Levon G. Hovnatanian
Kevin G. Cain
Christopher W. Martin
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
*Via TexFile*

46262_1